IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ISHMAEL HASSAN OBAMA
ADC #145160                                                                                      PLAINTIFF

v.                     No. 1:14-cv-136-DPM-BD

NICHOLAS NARACON, ADC, Grimes Unit;
BRADLEY HOWARD ROBERTSON, Sergeant,
Grimes Unit; WILLIAM WIESENBACH, JR.,
Corporal, ADC; WILLIAM DAVIDSON, Corporal,
ADC; MICHAEL MORRIS, Corporal, ADC;
and RICHARD LEE, Lieutenant, Grimes Unit          DEFENDANTS

ORDER

On *de novo* review, the Court adopts the partial recommendations, № 9 & № 30, and overrules Obama's objections, № 14 & № 33. Obama has not presented any facts showing that his constitutional rights have been violated or that he is in imminent danger of irreparable harm. Verbal threats are not enough. *McDowell v. Jones*, 990 F.2d 433, 434 (8th Cir. 1993). Obama's motion for temporary restraining order, № 20, is denied. Obama's motions to amend his complaint, № 15 & № 22, are denied. *Wishon v. Gammon*, 978 F.2d 446, 448 (8th Cir. 1992). His proposed claims are unrelated to those in his original complaint and are too remote from the events at issue.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

10 April 2015