IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ISHMAEL HASSAN OBAMA
ADC #145160                                                               PLAINTIFF

v.                          No. 1:14-cv-136-DPM-BD

NICHOLAS NARACON, Arkansas Department
of Correction, Grimes Unit,
and BRADLEY HOWARD ROBERTSON,
Sergeant, Grimes Unit                                                   DEFENDANTS

ORDER

Unopposed recommendation, № 52, adopted as supplemented. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes). Obama hasn't shown irreparable harm is likely and not merely possible. *Winter v. Natural Resources Defense Council, Inc.*, 555 U.S. 7, 22 (2008); *see also Packard Elevator v. I.C.C.*, 782 F.2d 112, 115 (8th Cir. 1986). His motion for preliminary injunctive relief and a hearing, № 49, is therefore denied.

*[signature]*
D.P. Marshall Jr.
United States District Judge

17 September 2015