**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**ISHMAEL HASSAN OBAMA
ADC #145160**                                                                              **PLAINTIFF**

**V.**                  **CASE NO. 1:14CV00136 DPM/BD**

**NICHOLAS NARACON, et al.**                                       **DEFENDANTS**

**RECOMMENDED DISPOSITION**

**I.**  **Procedures for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to United States District Judge D.P. Marshall Jr.  You may file written objections to this Recommendation.  If you file objections, they must be specific and must include the factual or legal basis for your objection.  Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Marshall can adopt this Recommendation without independently reviewing the record.  By not objecting, you may also waive any right to appeal questions of fact.

**II.**  **Discussion:**

Plaintiff Ishamael Hassan Obama, an Arkansas Department of Correction inmate, filed this lawsuit pro se under 42 U.S.C. § 1983 on October 29, 2014.  The Court granted his motion to proceed *in forma pauperis* ("IFP").  (Docket entry #7)

On August 14, 2015, Defendants moved to revoke Mr. Obama's IFP status, citing the "three strikes" provision of the Prison Litigation Reform Act ("PLRA") and noting

that Mr. Obama had filed at least three lawsuits[1] under the name Steven Donnell Cody that were dismissed for failure to state a claim for relief. (#53) Mr. Obama did not allege that he faced imminent danger so as to fall under the exception to the PLRA's three-strikes provision; and he did not dispute that he is also known as Steven Donnelle Cody.

The Court ordered Mr. Obama to pay the $400 statutory filing fee within thirty days or risk dismissal of his lawsuit under Local Rule 5.5. (#58) To date, Mr. Obama has failed to comply with the Court's August 27, 2015 Order, and the time for doing so has passed.

### III. Conclusion:

The Court recommends that Mr. Obama's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's August 27, 2015 Order.

DATED this 1st day of October, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] *Cody v. Arkansas Food Bank*, E.D. Ark. Case No. 4:09cv89 (dismissed Feb. 9, 2009); *Cody v. Harris*, E.D. Ark. Case No. 4:09cv145 (dismissed March 18, 2009); and *Forrest, Cody, et al. v. Bowers*, E.D. Ark. Case No. 1:11cv26 (dismissed May 31, 2011).