IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ISHMAEL HASSAN OBAMA
ADC #145160                                                                      PLAINTIFF

v.                              No. 1:14-cv-136-DPM

NICHOLAS NARACON, Arkansas Department
of Correction, Grimes Unit, and
BRADLEY HOWARD ROBERTSON, Sergeant,
Grimes Unit                                                                      DEFENDANTS

ORDER

Unopposed recommendation, № 60, adopted. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes). Obama's complaint will be dismissed without prejudice for failure to pay the filing fee. LOCAL RULE 5.5(c)(2).

_____
D.P. Marshall Jr.
United States District Judge

20 October 2015