IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ISHMAEL HASSAN OBAMA
ADC #145160                                                                                    PLAINTIFF

v.                              No. 1:14-cv-136-DPM

NICHOLAS NARACON, Arkansas Department
of Correction, Grimes Unit, and
BRADLEY HOWARD ROBERTSON, Sergeant,
Grimes Unit                                                                                    DEFENDANTS

## JUDGMENT

Obama's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

20 October 2015